THORN & HUNKINS LIME & CEMENT COMPANY v. M. T. MURPHY ET AL.

FILED NOVEMBER 18, 1896. No. 6824.

Builders' Bonds: LIABILITY OF SURETIES. The case of *King v. Murphy*, 49 Neb., 670, followed.

ERROR from the district court of Gage county. Tried below before BUSH, J.

*Hugh J. Dobbs*, for plaintiff in error.

*Byron G. Burbank*, *L. M. Pemberton*, and *F. M. Davis*, contra.

NORVAL, J.

This is a companion case to *King v. Murphy*, 49 Neb., 670. The facts are alike and the questions involved are the same, and the same judgment will be entered herein as in that case.

JUDGMENT ACCORDINGLY.